UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
PATRICK CONWAY,

    Plaintiff,

v.

HEALTHFIRST INC. &
CHRISTOPHER SMITH

    Defendants.
_____X

COMPLAINT

**JURY TRIAL DEMANDED**

Plaintiff Patrick Conway alleges upon his knowledge and credible evidence as follows:

1. This is an ADA Retalitation case (and an ADA case as well). May we all remember that the standard for assessing a retaliation claim is not just whether an "adverse action" occurred – as it did here- but whether an employer's actions would deter a reasonable employee from making a charge of discrimination.

2. And, boy, did these defendants retaliate against Mr. Conway.

3. This is especially true of defendant Smith who purposely tried to deter plaintiff from pursuing a charge of discrimination against Healthfirst. Healthfirst's practices are to record outgoing calls for "quality assistance" and all that.

4. Smith, knowing this, called plaintiff on a cell phone registered to his personal New Jersey area code. He lied and humiliated Mr. Smith, a person who is both an RN and a Lawyer admitted to practice in New York State.

5. A right to sue letter with a probable cause finding was sent to Mr. Smith from the Boston EEOC office on or about May 3, 2021. Assuming there are no days of tolling for mailing, then the earliest date for this complaint to be filed would be August 2, 2021. This complaint

is being filed with that deadline in mind. It is filed on a Saturday because under the Rules of Construction July 31 is August 2 and the undersigned is leaving on a jet plane and will be back in soon enough to amend.

6. <u>Parties & Jurisdiction</u>

7. Plaintiff Patrick Conway resides in Queens, NY.

8. Defendant Healthfirst Inc. does business (and is believed to have headquarters in) New York County.

9. Defendant Christopher Smith is a "Director of Talent" at Healthfirst. His residence is unknown by plaintiff. It is presumed to be New Jersey based simply on the area code. Smith is being sued in his personal capacity.

10. Perhaps unknown to Smith, when he lied and humiliated plaintiff on a phone call with an 862 area code, he was being recorded by Mr. Conway. It was not a call from Healthfirst. Said company records lines, as mentioned.

11. There is federal question jurisdiction under the Americans with Disabilities Act.

12. If, indeed, Smith lives in New Jersey, there will be diversity jurisdiction as well.

13. Venue is proper insofar as at least one defendant resides in this judicial district.

FACTS

14. In the interests of time, plaintiff incorporates the allegations set forth in Exhibit A and Exhibit B

15. Based one these facts, supported by the as yet unfiled recording (if one could file such a thing), plaintiff sues for redress

FIRST CAUSE OF ACTION
ADA RETALIATION

16. Plaintiff repeats and realleges each previous paragraph.

2

17. Defendants both deterred a reasonable employee from making a charge of discrimination.

18. As a result of the preceding, Plaintiff has been damaged

## SECOND CAUSE OF ACTION
## RETALIATION
## NEW YORK STATE HUMAN RIGHTS LAW

19. Plaintiff repeats and realleges each previous paragraph.

20. As a result of the preceding, Plaintiff has been damaged

## THIRD CAUSE OF ACTION
## RETALIATION
## NEW YORK CITY HUMAN RIGHTS LAW

21. Plaintiff repeats and realleges each previous paragraph.

22. This Interference morphed with other discriminatory actions and tensions in the workplace and damaged Plaintiff.

## FOURTH CAUSE OF ACTION
## FAILURE TO ACCOMMODATE
## ADA

23. Plaintiff repeats and realleges each previous paragraph.

24. As a result of the foregoing, plaintiff has been damaged.

## FOURTH CAUSE OF ACTION
## FAILURE TO ACCOMMODATE
## NEW YORK CITY HUMAN RIGHTS LAW

14. Plaintiff repeats and realleges each previous paragraph.

15. As a result of the foregoing, plaintiff has been damaged.

## FOURTH CAUSE OF ACTION
## FAILURE TO ACCOMMODATE
## NY STATE HUMAN RIGHTS LAW

16. Plaintiff repeats and realleges each previous paragraph.

17. As a result of the foregoing, plaintiff has been damaged.

## CONDITIONS PRECEDENT

18. Plaintiff filed a charge of discrimination and received a right-to-sue letter within less than 90 days of this filing.

**WHEREFORE,** the Plaintiff requests a judgment in Plaintiff's favor awarding:

A. Damages in the amount of $1,000,000.

B. Compensatory damages to be determined by the trier of fact;

C. Back-pay and front Pay

D. Punitive damages to be determined on such causes of action that allow such, to be determined by the trier of fact;

E. Such other and further relief that the court may deem just and proper.

**Dated:** New York, New York
July 30, 2021

/s/ Greg S. Antollino
Gregory Antollino
Antollino PLLC
127 West 30th Street 9th Fl
New York, NY 10001
(212) 334-7397
gregory@antollino.com

4