**Antollino PLLC, Gregory Antollino, Esq., Principal**
116 West 23rd Street, Ste. 500, New York, NY 10011
Ph: 212-334-7397  Cell: 212-979-6899  gregory@antollino.com

February 27, 2022

Ronnie Abrams
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

RE: Conway v. Healthfirst, Inc., 21-cv-6512 (RA)

Dear Judge Abrams,

    In this case, the defense moved to dismiss the complaint, the motion returnable on or about Friday. As I explained to my adversary Mr. Marks, I have a seven-plaintiff mediation on March 10, with memos due on March 3. The case in mediation is almost two years old, so there is a lot of information for me to review and know if the matter is to settle.

    Mr. Marks has consented to a two-week extension. My opposition to the motion, in this case, is due this week – without looking, I believe Thursday. However, I would ask for an additional two weeks to focus on the mediation. Under FRCP 6, the plaintiff's opposition is due this week, so I would ask for March 17 as a deadline (a week after the mediation is complete). It could be that I can get the opposition in sooner.

| | |
|---|---|
| Thank you for your consideration. | Application granted. |
| Sincerely, | SO ORDERED. |
| *(signature)* | *(signature)* |
| Gregory Antollino | Hon. Ronnie Abrams |
| | 02/28/22 |

Cc: Andrew P. Marks