# Antollino PLLC, Gregory Antollino, Esq., Principal
116 West 23rd Street, Ste. 500, New York, NY 10011
Ph: 212-334-7397   Cell: 212-979-6899   gregory@antollino.com

March 15, 2022

Ronnie Abrams
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

RE: Conway v. Healthfirst, Inc., 21-cv-6512 (RA)

Dear Judge Abrams:

    Plaintiff's opposition to the Defendants' motion to dismiss is due on March 17, 2022. I need to ask for another brief extension. I ask for an extra week to submit the opposition by March 24, 2022. I happen to be negotiating a multi-plaintiff mediation, which is taking longer than expected. Another marathon session is in the works.

    I had planned to discuss the motion with my client, but before I could get to that discussion, an emergency (of sorts) dropped in my lap and has me distracted. I rarely ask for so many adjournments – and this is the second request. (There was also an extension to file the Second Amended Complaint, but I was able to do that in a month rather than the two months that you kindly gave me.) I need and would appreciate another week on this motion. The defense again consents to this request.

    Thank you for your consideration.

Sincerely,

Gregory Antollino

Cc: Andrew P. Mark