

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

May 25, 2022

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Conway v. Healthfirst Inc. *et al.*, Case No. 21-cv-6512

Dear Judge Abrams:

Defendants respectfully request an adjournment *sine die* of the June 10, 2022 Initial Conference and all dates and requirements set forth in the Court's Order and Notice of Initial Conference (ECF No. 38).  As directed in the Court's Order upon the death of the plaintiff's counsel, Gregory Antollino, dated May 11, 2022 (ECF No. 40) ("Order"), I sent the Order and its attached Special Rules & Practices in Civil Pro Se Cases to the plaintiff, Patrick Conway.  I did so that day via email to pconway718@gmail.com and via first class mail to the plaintiff's own law office.  Two weeks have now passed and I have not received any response.  Also, the Order directs the plaintiff, upon receipt, to "update the docket with his address or consent to electronic service promptly so that he may receive further correspondence in this case."  To my knowledge, the plaintiff has not responded to that directive.  As we have been unable to communicate with the plaintiff, we respectfully request that the Court adjourn *sine die* the Initial Conference scheduled for June 10, 2022, and all dates and requirements set forth in the Court's Order and Notice of Initial Conference (ECF No. 38).

Defendants' motion to dismiss (ECF No. 27) has been fully briefed and remains pending before the Court.

Respectfully submitted,

Andrew P. Marks

cc: Counsel of Record (via ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
05/26/22

New York | Los Angeles