```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK CONWAY,

                Plaintiff,

      v.

HEALTHFIRST INC. and CHRISTOPHER SMITH,

                Defendants.

No. 21-CV-6512 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 11, 2022, after receiving notice that Plaintiff's counsel had passed away, the Court ordered Plaintiff to enter a pro so appearance and update the docket with his address. Plaintiff, a licensed attorney in New York, was served with this order via email and first class mail, and has not yet appeared in this action.

    No later than July 14, 2022, Plaintiff must file a letter with this Court indicating an intent to pursue this action. Failure to do so may result in dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Defendants shall serve a copy of this this order on Plaintiff.

SO ORDERED.

Dated:    June 30, 2022
              New York, New York

                                    Ronnie Abrams
                                    United States District Judge