```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PATRICK CONWAY,

                         Plaintiff,                      21-cv-06512 (RA)(SN)

       -against-                               **ORDER**

HEALTHFIRST INC.,

                        Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff's counsel is directed to file a letter by February 12, 2024, advising the Court whether Mr. Conway has accepted the revised settlement terms discussed at the settlement conference on January 30, 2024. To the extent counsel and the Plaintiff believe a discussion with the Court would be helpful, the Court can schedule an *ex parte* call.

       If Plaintiff declines to accept the revised settlement terms, the Court will set a schedule for Defendant's anticipated motion to enforce the terms reached at the November 13, 2023 settlement conference.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     February 7, 2024
                 New York, New York