

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024

February 26, 2024

Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, NY 10007

Re:  Conway v. Healthfirst, 21-cv-6512-RA-SN

Dear Judge Netburn,

    NYLAG represents plaintiff for the limited scope purpose of settlement. I write pursuant to Your Honor's Order, dated February 13, 2024 (ECF 80) directing plaintiff to advise the Court if Mr. Conway has accepted the revised settlement terms discussed at the settlement conference on January 30, 2024. Mr. Conway has declined to accept the settlement agreement and wishes to proceed with the litigation of this matter.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane
Senior Staff Attorney
New York Legal Assistance Group
Clinic for Pro Se Litigants
Thurgood Marshall US Courthouse
40 Foley Square - Room LL22

---

In light of the Plaintiff's rejection of the revised settlement terms discussed at the settlement conference on January 30, 2024, the Defendant may file a motion to enforce the settlement or to dismiss, by April 19, 2024. Plaintiff shall file his opposition, if any, by May 20, 2024. Defendant shall file its reply, if any, by May 27, 2024.

As requested on January 18, 2024, the Defendant may file confidential portions with terms of the agreement under seal. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 75.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: February 27, 2024
New York, New York