UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICK CONWAY,

                       Plaintiff,                    21-cv-06512 (RA)(SN)

      -against-                              **ORDER**

HEALTHFIRST INC.,

                       Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant filed a motion to dismiss the complaint pursuant to the parties' settlement agreement on April 19, 2024. Plaintiff had until May 20, 2024, to file any opposition. To date, Plaintiff has not opposed the motion. To avoid any prejudice, Plaintiff is granted until June 7, 2024, to file any opposition. If Plaintiff opposes the motion, the Defendants will have one week to file a reply brief. If Plaintiff does not oppose the motion, it will be deemed unopposed and ready for disposition.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     May 30, 2024
                 New York, New York