**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PATRICK CONWAY,

                Plaintiff,                                      21 **CIVIL** 6512 (RA)

      -against-                                        **<u>JUDGMENT</u>**

HEALTHFIRST INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2025, no objections to Judge Netburn's Report were filed here, and the Court has reviewed it for clear error. After careful consideration of the record, the Court finds no error and has thus adopted the well-reasoned Report in its entirety. The parties are bound by the terms of their settlement agreement, see Dkt. 93 at 11, and Conway's complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           January 27, 2025

                                                                **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                                  **BY:**       *K. Mango*

                                                                  **Deputy Clerk**